IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-26-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    TONY DAVIS,**

       Defendant.

---

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

      All pretrial motions in this matter are due on or before **February 24, 2011;** responses to these motions are due **March 9, 2011**.  It is

      FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **March 25, 2011, at 3:00 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

      FURTHER ORDERED that a **4-day jury trial** is set for **April 4, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  February 4, 2011