**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Monique Wiles
Court Reporter: Kara Spitler
Probation Officer: Lisa Pence

Date: June 17, 2011

Criminal Action No.   11-cr-00026-JLK

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                      Kurt Bohn

    Plaintiff,

v.

TONY DAVIS,                                                   Matthew Belcher

    Defendant.

**SENTENCING MINUTES**

**11:01 a. m.   Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

**Change of Plea Hearing:   April 14, 2011**

**Defendant plead guilty to Count (1)  of the Information.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDERED:**   United States' Motion to Dismiss Indictment [filed 6/2/2011; Doc. No. 24] is **GRANTED.**

*11-cr-00026-JLK*
*Sentencing*
*June 17, 2011*

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [filed 6/2/2011; Doc. No.23] is **GRANTED.**

**ORDERED:** Defendant's Motion for a Variant Sentence Below the Advisory Guidelines Range Pursuant to 18 U.S.C. §3553(a) [filed 6/2/2011; Doc. No. 25] is **DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **77 months, with credit for time already served.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

*11-cr-00026-JLK*
*Sentencing*
*June 17, 2011*

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado and the sentence and all documentation shall show to the Bureau of Prisons that this Court strongly recommends that the defendant be assigned to an institution where he can receive further training and education in the field of art.

**11:27 a.m.    Court in recess.**
Hearing Concluded.
Total in-court time: 26 minutes